1  ROBERT E. WHITE (Cal. Bar No. 78567)
   LAW OFFICES OF ROBERT E. WHITE
2  177 Post Street, Suite 890
   San Francisco, CA 94108
3  Telephone: (415) 788-6151

4  Attorneys for Assignee of Record
   Robert E. White

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. C-91-2138 |
| HAMILTON TAFT & COMPANY, | Bankruptcy No. 91-31077 TC |
| Debtor. | |
| Frederick S. Wyle, Trustee, | Adv. Proc. No. 91-3081 LK/N |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER RENEWING JUDGMENT** |
| Connie C. Armstrong, Jr., et al., | |
| Defendants. | |

[PROPOSED] ORDER RENEWING JUDGMENT

Upon reviewing the application filed by assignee of record Robert E. White for renewal of the judgment originally entered on September 17, 1993, and renewed by the filing of a prior application for renewal on May 19, 2003 and order of this Court thereon filed June 10, 2003,

IT IS HEREBY ORDERED THAT

The judgment against defendant and judgment debtor Connie C. Armstrong, Jr., is renewed in the principal amount of $29,375,839.00, plus post-judgment interest of $27,263,378.39, for a total judgment of $56,639,217.39.

Dated: March 11, 2013.

_____
Honorable Susan Illston
United States District Judge

-2-
[PROPOSED] ORDER RENEWING JUDGMENT